

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| KENNER FITZGERALD JACKSON | CIVIL ACTION NO. 08-0422-P |
| VERSUS | JUDGE WALTER |
| KATHY BIEDENHARN, ET AL | MAGISTRATE JUDGE HORNSBY |

# O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's Motion for Leave to Expedite Service of Complaint and Issue Injunction (Doc. 7) is **denied**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ___3___ day of _____, 2008.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE